JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 309 -- In re Sheffield Furniture Corporation Patent Litigation

| Date | No. Code | |
|---|---|---|
| 5/26/77 | | ORDER TO SHOW CAUSE -- Why actions should not be transferred to a single district under 28 U.S.C. §1407 A-1 through A-23 |
| 6/6/77 | | APPEARANCES -- LEWIS ANTEN, ESQ. for Sheffield Furniture Corp. JAMES P. RYTHER, ESQ. for Kingsley Mfg. Co & Covington RAYMOND A. BOGUCKI, ESQ. for Capitol Furniture PETER W. JAMES, ESQ. for William Volker & Co. LOUIS S. EDELBERG, ESQ. for Townhouse Mfg. Co. R. DOUGLAS LYON, ESQ. for Rivera Convertables Furniture EDWARD C. WALSH, ESQ. for Bailey Schmitz. Claridge Furniture & Sofas Unlimited |
| 6/6/77 | 1 | LETTER RESPONSE -- SHEFFIELD FURNITURE CO. |
| 6/7/77 | | APPEARANCE -- EUGENE L. SAMSON, ESQ. for CHARM FURNITURE MFG. CO. BRAND FURNITURE MFG. CO., CAL CUSTOM FURNITURE MGG., CAL PACIFIC FURNITURE MFG. CORP., DEVILLE FURNITURE MFG. CO., SOFALINE FURNITURE MFG. CO., ROYAL PACIFIC FURN. MFG., CO. |
| 6/7/77 | 2 | LETTER RESPONSE -- CHARM FURNITURE MFG. CORP., CAL CUSTOM FURNITURE MFG. CO., ROYAL PACIFIC FURN. MFG. CO., BRAND FURNITURE MFG. CO., CAL PACIFIC FURNITURE MFG. CO., AND SOLFLINE FURNITURE MFG. CO. w/service indicated. |
| 6/9/77 | | APPEARANCE -- William H. Drummond, Esq. for Lunn Mfg. Co. |
| 6/10/77 | 3 | LETTER RESPONSE -- STYLE CREST OF CALIF. |
| 6/10/77 | | APPEARANCE -- Eddy S. Feldman, Esq. for Style Crest of Calif. Inc. Esquire Furn. Mfg. Co. by Melvin C. Blum, Esquire |
| 6/10/77 | 4 | LETTER RESPONSE -- ESQUIRE FURN. MFG. CO. err. as COLEMAN OF CALIF. w/cert. of service |
| 6/10/77 | | APPEARANCE -- Louis J. Bovasso, Esq. for R.B. Furniture, Inc. and Shelly & Anderson Furniture Mfg. Co. |
| 6/10/77 | 5 | RESPONSE -- WILLIAM VOLKERS & CO. w/cert. of service |
| 6/13/77 | 6 | RESPONSE -- Plaintiff Sheffield Furniture Corp. w/cert. of service. |
| 6/13/77 | 7 | OPPOSITION TO MOTION TO TRANSFER -- Shelly & Anderson Furniture Mfg. Co., and R.B. Furniture, Inc. w/cert. of service. |
| 6/13/77 | 8 | RESPONSE -- Kingsley Furniture Company, Inc. w/cert. of service. |
| 6/13/77 | 9 | RESPONSE -- Covington Furniture Mfg. Co. w/cert. of service. |
| 9/12/77 | | TRANSFER ORDER TRANSFERRING A-1, A-2, A-21, A-22 to the C.D California for consolidated and coordinated pretrial proceedings under Section 1407. To be handled by Judge David W. Williams |
| 9/12/77 | | CONSENT OF TRANSFEREE COURT ASSIGNING LITIGATION THE HONORABLE David W. Williams for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. |
| 9/23/77 | | ORDER -- Correcting XXXXXXXXXXXXX Order of Sep. 12 to include A-14 Notified counsel, involved judges, involved clerk |

Case MDL No. 309   Document 1   Filed 05/04/15   Page 2 of 9

JPML FORM 1A - Continuation                     DOCKET ENTRIES -- p. 2

DOCKET NO. 309 -- In re Sheffield Furniture Corp. Patent Litigation

| Date | No. Code | |
|---|---|---|
| 12/20/77 | | B-1 Sheffield Furn. Corp. v. Carter Industries, Inc., et al., M.D. N.C., C.A. #C-77-557-S  CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified counsel & Judges (cds) |
| 1/3/77 | | NOTICE OF OPPOSITION -- (B-1) Sheffield Furn. Corp. v. Carter Industries, Inc., et al., M.D. N.C., C.A. #C-77-557-S -- CARTER INDUSTRIES & HERITAGE HOUSE FURN., INC. w/certificates of service (cds) |
| 1/18/78 | | B-2 Sheffield Furniture Corp. v. Delwood Furniture Co., Inc.(WC-77-0122S) CTO filed today, notified counsel and involved judges. (ea)(N.D.MS) |
| 1/18/78 | 10 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Defendant Carter Industries -- w. cert. of service  B-1 Sheffield Furn. Corp. v. Carter Ind., Inc., et al., M.D.N.C. C.A. No. C-77-557-S  (cds) |
| 1/26/78 | | APPEARANCE -- MICHAEL C. STOVALL, JR., ESQ. for Carter Industries, Inc. and for Heritage House Furniture Inc. |
| 1/30/78 | 11 | REPLY to Defendant Carter Industries, Inc. Motion & Brief -- Plaintiff Sheffield Furniture -- w/cert. of service (cds) |
| 2/2/78 | | NOTICE OF OPPOSITION filed today -- B-2 Sheffield Furniture Corp. v. Delwood Furniture Co., Inc., N.D. MS., C.A.No. WC-77-0122-S Notified counsel and involved judges. Filed by Defendants' counsel.(ea) |
| 2/15/78 | 12 | Motion, Brief TO VACATE CONDIATIONAL TRANSFER ORDER -- Defendant Delwood Furniture Company -- (B-2) Sheffield v. Delwood, N.D. Miss., C.A. No. WC-77-0122-S -- w/cert. of service (cds) |
| 2/23/78 | | B-3 Sheffield v. Mount Adams Furn. Co., E.D. Wash., #C-78-32  B-4 Sheffield v. California Styles Mfg. Co., N.D. Cal., C78-0242-WAI  CTO FILED TODAY -- Notified counsel and judges |
| 3/2/78 | | HEARING ORDER -- Setting B-1 Sheffield FurnitureCorp. v. Carter Industries Inc.,et al.,M.D.NC.,C.A.No. C-77-557-S, for hearing to be held in Washington, D.C. on 3/31/78 (ea) |
| 3/6/78 | 13 | RESPONSE -- Plaintiff Sheffield Furniture Corp., w/cert. of svc. (ea) |
| 3/13/78 | | B-3 Sheffield Furniture Corporation v. Mount Adams Furniture Company, E. D. Washington, Civil Action No. C78-32 -- ~~Mount Adams Furniture Company~~  NOTICE OF OPPOSITION FILED by Mount Adams Furniture Company. Notified involved judges and counsel.   (ea) |
| 3/14/78 | | B-4 Sheffield Furniture Corp. v. California Styles Mfg. Co., N. D. California, Civil Action No. C78-0242-WAI  ORDER EXTENDING TIME ON CONDITIONAL TRANSFER ORDER filed in above-captioned case. Notified involved counsel and judge. (ea) |
| 3/23/78 | | HEARING APPEARANCE FOR MARCH 31, 1978 HEARING -- WASHINGTON, D.C. Hugh P. Carter, Esq. for Delwood Furniture Co., Inc. Michael C. Stovall, Jr., Esq. for Carter Industries, Inc., and Heritage House Furniture, Inc.                               (rew) |
| 3/27/78 | 14 | MOTION TO VACATE THE CTO, SPECIAL APPEARANCE, MEMORANDUM IN SUPPORT OF MOTION, AFFIDAVIT OF SERVICE -- Yakima Indian Nation, d/b/a Mt. Adams Furniture.  (ea) |
| 3/30/78 | | (B-4) Sheffield v. California Styles Mfg. Co., N.D. Cal., #C78-0242-WAI CONDITIONAL TRANSFER ORDER FINAL TODAY -- Notified clerks & Judges(cds) |

DOCKET NO. 309 -- IN RE SHEFFIELD FURNITURE CORPORATION PATENT LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/6/78 | | ORDER -- Vacating CTO in (B-1) Sheffield v. Carter Industries, Inc., et al., M.D. N.C., #C-77-557-S  AND -- Continuing stay of CTO in (B-2) Sheffield v. Delwood Furn. Co., Inc., N.D. Miss., #WC-77-0122-S -- Notified all counsel, panel judges, involved judges & Counsel (cds) |
| 4/7/78 | | HEARING ORDER -- Setting B-3 Sheffield Furniture Corp. v. Mount Adams Furniture Co., E.D. Wash., #C-78-32 for hearing in Philadelphia, Pennsylvania on April 28, 1978 |
| 4/24/78 | | ORDER CONTINUING APRIL 28, 1978 HEARING IN PHILADELPHIA, PENNSYLVANIA -- Notified involved counsel (cds) |
| 4/24/78 | | WAIVER OF ORAL ARGUMENT -- Defendant Mt. Adams Furniture (B-3)Sheffield v. Mt. Adams Furn., E.D. Washington, #C-78-32 -- w/cert. service(cds) |
| 4/26/78 | | B-2 Sheffield Furniture Corp. v. Delwood Furniture Co., Inc., N. D. Miss., C. A. # 77-122-S ORDER LIFTING STAY filed today. Notified involved counsel, clerks and judges. (ea) |
| 5/1/78 | | HEARING ORDER -- setting B-3 Sheffield Furniture Corp. v. Mount Adams Furniture Co., E. D. Wash., C. A. No. C-78-32 for hearing in Phil., Pa., C. A. No. C-78-32 (ea) |
| 5/19/78 | | REQUEST TO VACATE HEARING SCHEDULED FOR MAY 26, 1978 -- Counsel for Plaintiff Sheffield Furniture Corp. (cds) |
| 5/19/78 | | ORDER VACATING HEARING SCHEDULE FOR MAY 26, 1978 -- Notified involved counsel, judge and hearing clerk (cds)                                (ea) |
| 9/1/78 | | HEARING ORDER --setting B-3 for hearing ############### on Sept. 29, 1978 in Chicago, Ill.   (ea) |
| 9/27/78 | | WAIVER OF ORAL ARGUMENT -- counsel for Sheffield Furniture Co., and Mt. Adams Furniture Co. for hearing held in Chicago, Ill. on Sept. 29, 1978. (ea) |
| 10/10/78 | | Stipulation to Consent Judgment (Dismissal) filed in district court for the E.D. Washington on 9/29/78. (B-3) Sheffield Furniture Corp. v. Mt. Adams Furn. Co., E.D. Wash., C.A. No. C-78-32. (ea) |
| 10/6/78 | | ORDER Vacating Conditional Transfer Order--(B-3) Sheffield Furn. Corp. v. Mt. Adams Furn. Co., E.D. Wash., C.A. No. C-78-32. (ea) |

Closed 8/27/81

DOCKET NO. 309 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Sheffield Furniture Corporation Patent Litigation

## Summary of Panel Actions

Date(s) of Hearing(s) 3/31/78

Consolidation Ordered _____    Consolidation Denied _____

Opinion and/or Order Sept. 12, 1977

Citation _____

Transferee District: Central District of California    Transferee Judge: David W. Williams

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sheffield Furniture Corp. v. Kingsley Manufacturing Co. | N.D. IL McMillan | 77C1158 | 9/12/77 | CV77-3432 DWW | 7/6/81 | D |
| A-2 | Sheffield Furn. Corp. v. Covington Furniture | N.D. IL McMillan | 77C1157 | 9/12/77 | CV77-3433 DWW | 7/6/81 | X |
| A-3 | Sheffield Furniture Corp. v. Bailey Schmitz | C.D. CA Williams | 77-0998-DWW | | | 6/6/77 | |
| A-4 | Sheffield Furn. Corp. v. Brand Furn. Manufacturing Co. | C.D. CA ~~Gray~~ | 77-0999-DWW | | | 11/13/78 | |
| A-5 | Sheffield Furn. Corp. v. Cal Custom Furniture Mfg. | C.D. Ca. ~~Lydick~~ | 77-1000-DWW | | ✓ | 7/31/79 | |
| A-6 | Sheffield Furniture Corp. v. Cal-Pacific Furniture | C.D. CA ~~Pregerson~~ | 77-1001-DWW | | | 6/21/77 | |
| A-7 | Sheffield Furniture Corp. v. Charm Furniture Manufacturing Corp. | C.D. CA ~~Real~~ | 77-1003-DWW | | | 6/21/77 | |
| A-8 | Sheffield Furn. Corp. v. Claridge Furn. Mfg. Co., Inc. | C.D. CA ~~Pregerson~~ | 77-1007-DWW | | | 6/6/77 | |
| A-9 | Sheffield Furn. Corp. v. Coleman of California | C.D. CA ~~Firth~~ | 77-1008-DWW | | | 11/4/77 | |

DOCKET NO. 309 -- In re Sheffield Furniture Corporation Patent Litigation  -- P. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Sheffield Furn. Corp. v. DeVille Furniture Mfg. Co., Inc. | C.D. CA ~~Real~~ | 77-1009-DWW | | | 6/21/77 | |
| A-11 | Sheffield Furn. Corp. v. R. B. Furniture ~~Kelleher~~ | C.D. CA | 77-1012-DWW | | | 2/6/78 **Dismissed** | |
| A-12 | Sheffield Furn. Corp. v. Riviera Convertibles | C.D. CA ~~Whelan~~ | 77-1013-DWW | | ⊃ | 8/27/81 D | |
| A-13 | Sheffield Furn. Corp. v. Royal Pacific Furniture Mfg. Co. | C.D. CA ~~Gray~~ | 77-1014-DWW | | ⊃ | 9/9/77 | |
| A-14 | Sheffield Furn. Corp. v. Shelly & Anderson Furn. Mfg. Co. | C.D. CA ~~Hauk~~ | 77-1015-DWW | | ⊃ | 8/27/81 D | |
| A-15 | Sheffield Furn. Corp. v. Sofas Unltd. | C.D. CA ~~Takasugi~~ | 77-1017-DWW | | | 6/21/77 | |
| A-16 | Sheffield Furn. Corp. v. Town House Mfg. Co. | C.D. CA ~~Gray~~ | 77-1020-DWW | | ⊃ | ✓ | |
| A-17 | Sheffield Furn. Corp. v. William Volker | C.D. CA ~~Pregerson~~ | 77-1021-DWW | | | 10/6/77 | |
| ✓A-18 | Sheffield Furn. Corp. v. Style Crest of California, Inc. | C.D. CA ~~Byrne~~ | 77-1023-DWW | | ⊃ | 10/2/79 | |
| ✓A-19 | Sheffield Furn. Corp. v. Capitol Furn. | C.D. CA ~~Hill~~ | 77-1059-DWW | | | 4/13/79 | |
| A-20 | Sheffield Furn. Corp. v. Guild Craft Furn. Mfg. Co. | C.D. CA ~~Williams~~ | 77-1162-DWW | | | 5/31/77 11/26/81 D | reopen not closed |
| A-21 | Sheffield Furn. Corp. v. Lunn Furn. Mfg. Co. | Arizona Muecke | 77-258-CAM | 9/12/77 | CV77-3434-DWW | | |
| A-22 | Sheffield Furn. Corp. v. Continental Furn. Mfg. Co. | Arizona Muecke | 77-260-CAM | 9/12/77 | CV77-3435-DWW | 7/26/77 3/79 | |

DOCKET NO. 309 -- In re Sheffield Furniture Corporation Patent Litigation -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-23 | Sheffield Furn. Corp. v. Cal Custom Designs | C.D.CA Whelan | 77-1776-FW | | | 6/28/77 | |
| XYZ-1 | Sheffield Furniture Corp. v. CIMS Furniture & Cabinet Manufacturing | C.D.CA. | CV77-1006 | | | 4/13/77 | |
| XYZ-2 | Sheffield Furniture Corp. v. Fedco, Inc. | C.D. CA. | 77-1010 | | | 4/8/77 | |
| XYZ-3 | Sheffield Furniture Corp. v. Funriture Guild | C.D.CA. | 77-1011 | | | 4/12/77 | |
| XYZ-4 | Sheffield Furniture Corp. v. Sofa Line | C.D. CA. | 77-1016 | | | 8/25/77 | |
| XYZ-5 | Sheffield Furniture Corp. v. Superb Furniture, Inc. | C.D.CA. | 77-2037 | | | 1/29/79 | ✓ |
| XYZ-6 | Sheffield Furniture Corp v. Trendline, Inc. | C.D.CA. | 77-4077-DWW | | | 11/23/77 | |
| ~~A-24~~ | ~~Sheffield Furniture Corp. v. Delmont~~ ~~Furniture Co., Inc.~~ | ~~D. Miss.~~ | ~~NC77-122-S~~ | | | | |
| XYZ-7 | Sheffield Furniture Corp. v. Hillcrest Furniture Mfg., Co., Inc. | C.D.CA. | 78-0248 | | | 6/29/78 | |
| XYZ-8 | Sheffield Furniture v. Cal Sofa, Inc. | C.D.Calif. | CV78-809 | | | 8/10/79 | ✓ |
| XYZ-9 | Sheffield Furniture Corp., v. Sofaville Furniture Mfg. | C.D.CAL. | 78-1164 | | | 3/14/79 | |
| XYZ-10 | — | CD CAL | 77-1022-DWW | | | 3/29/77 | |
| XYZ-11 | Sheffield Furniture Corp. v. Michael Kaye Furniture Mfg., Inc. | C.Cal. | 78-3191- | | | 4/6/79 | |
| XYZ-12 | Sheffield Furniture Corp. v. Allied Upholstery | C.Cal | 78-3481-DWW | | | 3/19/79 | |

DOCKET NO. 309 -- In re Sheffield Furniture Corp. Patent Litigation -- P. 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Sheffield Furniture Corp. v. Carter Industries, Inc., et al. 12/29/77 | M.D.NC Gordon | C-77-557-S | | | 12/31/78 Dis in N.C. 7/21/81 | |
| B-2 | Sheffield Furniture Corp. v. Delwood Furniture Company, Inc. 1/18/78 opposed | N.D.MISS. Smith | WC-77-0122-S | 9/26/78 | CV78-1235 | | |
| B-3 | Sheffield Furniture Corp. v. Mount Adams Furniture Co. opposed | E.D.Wash Neill | C-78-32 | DC NOT | | 9/29/78 | |
| B-4 ✓ | Sheffield Furniture Corp. v. California Styles Mfg. Co. | N.D.Cal Ingram | C78-0242-WAI | 3/14/78 | CV 78-1297 | 10/8/79 | |
| | July 1978 - 6 TR/28 | XYZ/18 | DIS/ | 17 | Pdg | | |
| XYZ-13 ✓ | Sheffield Furn. Corp. v. Touch of Class Mfg., Inc. | C.D.Cal | CV78-3576 | | | 11/13/78 | |
| XYZ-14 | Sheffield Furniture Corp. v. Benchmark Furniture Mfg. | C.D.Cal | CV79-1693-DWW | | | 11/16/79 | |

July 1979 - 6 TR/33 XYZ/27 DISD/12 Pdg.
July 1980 — 32 Dis — 7 Pdg.
July 1981 — Same

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 309 -- IN RE SHEFFIELD FURNITURE CORPORATION PATENT LITIGATION

---

SHEFFIELD FURNITURE CORP.
Lewis Anten, Esquire
Gardner and Anten
433 N. Camden Drive
Suite 880
Beverly Hills, CA 90210

KINGSLEY MANUFACTURING CO.
COVINGTON FURNITURE
James P. Ryther, Esquire
McDougall, Hersh & Scott
135 South LaSalle Street
Chicago, IL 60603

CAPITOL FURNITURE
Raymond A. Bogucki, Esquire
Fraser and Bogucki
3345 Wilshire Boulevard
Suite 704
Los Angeles, CA 90010

~~WILLIAM VOLKER & CO.~~
~~Peter W. James, Esquire~~
~~McCutchen, Black, Verleger & Shea~~
~~3435 Wilshire Boulevard~~
~~30th Floor~~
~~Los Angeles, CA 90010~~

TOWNHOUSE MANUFACTURING CO.
Louis S. Edelberg, Esquire
6404 Wilshire Boulevard
Suite 1001
Los Angeles, CA 90048

RIVERIA CONVERTABLES FURNITURE CO.
R. Douglas Lyon, Esquire
Lyon & Lyon
800 Wilshire Boulevard
Los Angeles, CA 90017

~~BAILEY SCHMITZ~~
~~CLARIDGE FURNITURE MANUFACTURING CO.~~
~~SOFAS UNLIMITED~~
~~Edward C. Walsh, Esquire~~
~~Herzig & Walsh~~
~~9465 Wilshire Boulevard~~
~~Beverly Hills, CA 90212~~

GUILD CRAFT FURNITURE MANUFACTURING CO
Julius Dix, Esquire
15910 Ventura Boulevard
Suite 1412
Encino, CA 91316

STYLE CREST OF CALIFORNIA, INC.
Eddy S. Feldman, Esquire
700 S. Flower Street
Suite 600
Broadway Plaza
Los Angeles, CA 90017

LUNN FURNITURE
William H. Drummond, Esquire
Drummond, Nelson & Ptak
516 E. Thomas Road
Phoenix, AZ

R. B. FURNITURE
SHELLY & ANDERSON FURNITURE MFG. CO.
Louis J. Bovasso, Esq.
Guy P. Smith, Esq.
Poms, Smith, Lande & Glenny
1888 Century Park East
Suite 1000
Los Angeles, CA 90067

ESQUIRE FURNITURE MFG. CO.
Melvin C. Blum, Esquire
9777 Wilshire Boulevard
Suite 611
Beverly Hills, CA 90212

~~CHARM FURNITURE MFG. CORP.~~
~~BRAND FURNITURE MFG. CO.~~
CAL CUSTOM FURNITURE MFG. CO.
~~CAL PACIFIC FURNITURE MFG. CORP.~~
~~DEVILLE FURNITURE MFG. CO.~~
~~ROYAL PACIFIC FURNITURE MFG. CO.~~
~~SOFA~~ LINE
Lambert S. Gill, Esq.
Albertini and Gill
1888 Century Park East
Suite 1107
Los Angeles, Calif. 90067

CONTINENTAL FURNITURE MFG. CO.
Mr. Jim Dobbs, Vice President
3315 W. Buckeye
Phoenix, AZ

CAL CUSTOM DESIGNS
9822 Alpaca
South Elmonte, CA

~~CARTER INDUSTRIES, INC.
HERITAGE HOUSE FURNITURE, INC.
Michael C. Stovall, Jr.
Johnston, Forsyth & Stovall
200 E. Northwood Street
Suite 200
Post Office Box 9031
Greensboro, North Carolina  27408~~

DELWOOD FURNITURE CO., INC.
Richard Forman, Esq.
Butler, Snow, O'Mara, Stevens &
   Cannac
P.O. 22567
Jackson, Ms. 39205

Hugh P. Carter, Esq.
Jennings, Carter & Thompson
1414 Bank for Savings Bldg.
Birmingham, Al. 35203

MOUNT ADAMS FURNITURE CO.
Tim Weaver, Esq.
Hovis, Cockrill & Roy
316 North Third Street
P.O. Box 437
Yakima, Washington 98907

California Styles Mfg. Co.
2015 S. Monterey Rd.
San Jose, Calif. 95112